IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAI LYMAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-5191 |
| | : | |
| PHILADELPHIA COURT OF | : | |
| COMMON PLEAS, et al. | : | |

## ORDER

AND NOW, this 29th day of June, 2017, upon consideration of the Defendants' Motion to Dismiss, Plaintiff Kai Lyman's response thereto, and the parties' presentations at the February 28, 2017, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants' Motion (Document 8) is GRANTED. Plaintiff's Complaint (Document 1) is DISMISSED with prejudice.

The Clerk of Court is DIRECTED to mark the above-captioned case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.